■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH B. LARWOOD, Appellant. [823 NYS2d 748]—Appeal from an order of the Wayne County Court (Dennis M. Kehoe, J.), dated May 24, 2005. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We reject the contention of defendant that County Court erred in determining that he is a level two risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Defendant was afforded the opportunity to controvert the evidence upon which the People relied, and the court's upward departure from the presumptive risk level is supported by the requisite clear and convincing evidence (*see* § 168-d [3]; *People v Kwiatkowski*, 24 AD3d 878, 879 [2005]). Present—Hurlbutt, A.P.J.,Gorski, Smith and Centra, JJ.

■ In the Matter of PETER G. SECORE, Petitioner, v DAVID UNGER, as Superintendent of Orleans Correctional Facility, et al., Respondents. [823 NYS2d 751]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered May 24, 2006) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, J.P., Kehoe, Martoche and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA M. PATTON, Appellant. [823 NYS2d 750]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered June 14, 2005. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a forged instrument in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, J.P., Kehoe, Martoche and Green, JJ.